■ JEFFREY SHAD, Appellant, v MARY A. SHAD, Respondent. [624 NYS2d 949] —In a matrimonial action, the plaintiff appeals from so much of a judgment of the Supreme County, Putnam County (Braatz, J.), dated May 4, 1993, as directed him to pay to the defendant the sum of $300 per week as maintenance.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

The court's maintenance award of $300 per week to the wife was proper in view of the statutory factors to be considered in awarding maintenance *(see,* Domestic Relations Law § 236 [B] [6]; *Sperling v Sperling,* 165 AD2d 338). It was also proper for the court to fix the duration of the award as the wife's lifetime. The record supported a finding that given the severity of the wife's psychological disorder, she was disabled and for the foreseeable future unable to be self-supporting *(see, Jones v Jones,* 133 AD2d 217; *Malamut v Malamut,* 133 AD2d 101; *Antis v Antis,* 108 AD2d 889). The facts that the wife has no education beyond the ninth grade and has never worked outside of the home further support the trial court's conclusion *(see, Pagano v Pagano,* 202 AD2d 652). Sullivan, J. P., Copertino, Hart and Krausman, JJ., concur.